

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-25-00068-CV |
| I.J.K, E.A.K. AND D.M.K., | § | Appeal from the |
| CHILDREN. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2019DCM7783) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant Jean-Paul Kom to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 20th day of May 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.